669 A.2d 815

IN THE MATTER OF MICHAEL J. VARLEY,
AN ATTORNEY AT LAW.

January 4, 1996.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension from practice of **MICHAEL J. VARLEY** of **ALLENHURST** and **ASBURY PARK**, who was admitted to the bar of this State in 1969, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **MICHAEL J. VARLEY** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MICHAEL J. VARLEY** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MICHAEL J. VARLEY** comply with *Rule* 1:20–20 dealing with suspended attorneys.